MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-00037 JF |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING HEARING FROM APRIL 21, 2011 TO MAY 12, 2011 AND |
| ) | EXCLUDING TIME FROM THE SPEEDY |
| MARTIN VALDEZ-SUAREZ, ) | TRIAL ACT CALCULATION |
|    Defendant. ) | |
| ) | |

     The Parties, Martin Valdez-Suarez and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April 21, 2011 at 9:00 a.m. be vacated, and that the hearing be re-set for May 12, 2011 at 9:00 a.m.. The defense is requesting the continuance of the hearing due to the need for additional time for effective preparation, and the need to jointly negotiate a resolution in this matter.

     The parties stipulate that the time between April 21, 2011 and May 12, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

1

1  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
2  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
3
4  DATED: April 20, 2011                    MELINDA HAAG
                                            United States Attorney
5
6                                           ___/s/_____
                                            SUZANNE M. DeBERRY
7                                           Assistant United States Attorney
8
9                                           ___/s/_____
                                            LARA VINNARD
10                                          Attorney for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for April 21, 2011 at 9:00 a.m. is vacated, and the matter is continued to May 12, 2011 at 9:00 a.m. Further, the Court ORDERS that the time between April 21, 2011 and May 12, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 4/21/11

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

3